IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

Re:   David R Coleman   and          Case No. 2:10-bk-18348J
     Marie K Coleman,  Debtors        Chapter 7

## REPORT OF UNCLAIMED FUNDS PURSUANT TO FRBP 3011

The undersigned trustee of the above-styled estate states as follows for his report of unclaimed funds:

1. The Trustee made distribution in accordance with the Order Approving Trustee's Final Account and Directing Trustee to Make Distribution (D.E. #91). The bank account of this estate reflects that the sum of $4,942.30 is still on deposit, which sum represents payments mailed to the below-named payees:

| Claim No. | Creditor/Payee | Dividend Amount |
|---|---|---|
| 3-1 | Bank of America<br>PO Box 17054<br>Wilmington, DE 19850 | $464.51 |
| 5-1 | Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850 | $1,697.29 |
| 6-1 | Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850 | $2,694.89 |
| 9-1 | GEMB/JCP<br>PO Box 981402<br>El Paso, TX 79998 | $57.93 |
| 10-1 | GEMB/Sams Club<br>PO Box 981400<br>El Paso, TX 79998 | $27.68 |
| | **Total** | **$4,942.30** |

2. Payments have been stopped on the above-listed checks.

3. Pursuant to 11 U. S. C. 347 and Chapter 129 of Title 28, U. S. C., and FRBP 3011, a check is being tendered to "United States Bankruptcy Court" in the amount of $4,942.30. This amount should be deposited in the Federal Reserve for the benefit of the unclaimed dividend payees.

DATE        April 8, 2019

                                  Respectfully Submitted,
                                  Hamilton M. Mitchell, Trustee

By:    */s/ Hamilton M. Mitchell, Trustee*
        Hamilton M. Mitchell, Trustee
        523 S. Louisiana, #300
        Little Rock, AR 72201
        501-374-1019
        hamiltonmosesmitchell@gmail.com

## **CERTIFICATE OF NOTICE**

  I, Hamilton M. Mitchell, hereby certify that on today's date, I electronically filed the foregoing Report of Unclaimed Funds with the Clerk of the Bankruptcy Court using the CMF\ECF system, which shall send notification of the filing to all parties entitled to receive electronic notice.

  DATE   April 8, 2019

                */s/ Hamilton M. Mitchell, Trustee*
                Hamilton M. Mitchell, Trustee